IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLUE BELL INN, INC. | : : | CIVIL ACTION |
|     Plaintiff | : : | |
| vs. | : : | NO. 02-4068 |
| ANDREW KAMARATOS, AGGI, L.P. | : : | |
| d/b/a BLUE BELL DINER | | |
|     Defendant | : : | (FULLAM, C.J.E.) |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw my appearances on behalf of Andrew Kamaratos, AGGI, L.P., d/b/a Blue Bell Diner, defendants in the above matter.

Dated: _____     _____
　　　　　　　　　　　　　　　JOSEPH T. PISCITELLO
　　　　　　　　　　　　　　　Mellon Bank Center, Suite 1330
　　　　　　　　　　　　　　　1735 Market Street
　　　　　　　　　　　　　　　Philadelphia, PA 19103

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Andrew Kamaratos, AGGI, LP, d/b/a Blue Bell Diner, defendants in the above matter.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ANNE M. DIXON
　　　　　　　　　　　　　　　31st Floor, Lewis Tower
　　　　　　　　　　　　　　　225 South 15th Street
　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　215-735-5900
Dated: _____     215-735-4649 (fax)

**CERTIFICATE OF SERVICE**

    A copy of the foregoing Withdrawal/Entry of Appearance was forwarded to counsel for plaintiff, Frank J. Benasutti, Esquire, One Boca Commerce Center, 551 N.W. 77th Street, Suite 111, Boca Raton, FL 33487 by facsimile and first class mail on this date.

 

                                                              _____
                                                              ANNE M. DIXON
                                                              Attorney for Defendant
                                                              ANDREW KAMARATOS, AGGI, L.P.
                                                             d/b/a BLUE BELL DINER

Dated:   October 2, 2002