IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMISSIONER OF PATENTS,
    Washington, D.C. 20231

DEAR COMMISSIONER:

    In compliance with Title 15, Chapter 22, U.S.C., §1116, you are advised that there was filed on the 26th day of June, 2002, in this court an action, No. 02-4068, entitled:

| | |
|---|---|
| NAME | BLUE BELL INN, INC. |
| ADDRESS | 601 SKIPPACK PIKE |
| | BLUE BELL, PA. 19422 |

versus

| | |
|---|---|
| NAME | ANDREW KAMARATOS AND AGGI, L.P., |
| ADDRESS | D/B/A BLUE BELL DINER |
| | 1324 SKIPPACK PIKE |
| | BLUE BELL, PA. 19422 |

involving the following registered trademark(s):

U.S. Patent Number 1,758,963, Date of Patent March 16, 1993, "Blue Bell Inn", U.S. Patent Number 1,862,871, Date of Patent November 15, 1994, "Blue Bell Inn", U.S. Patent Number 1,899,357, Date of Patent June 13, 1995, "Blue Bell Cafe".

Date <u>June 26, 2002</u>

By:_____
Stephen Sonnie, Deputy Clerk

civ649.fr