IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BLUE BELL INN, INC. | Date of Notice:<br>: April 10, 2003 |
| vs. | : |
| ANDREW KAMARATOS<br>AGGI, L.P. d/b/a<br>BLUE BELL DINER | : CIVIL ACTION NO. 02-4068 |

TAKE NOTICE that the above-captioned matter is scheduled for __TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on June 23, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON __4/10/03__  TO:  Frank J. Benasutti, Esquire
                                    Anne M. Dixon, Esquire